Scott E. Gizer, Esq., Nevada Bar No. 12216
 *sgizer@earlysullivan.com*
Sophia S. Lau, Esq., Nevada Bar No. 13365
 *slau@earlysullivan.com*
EARLY SULLIVAN WRIGHT
 GIZER & McRAE LLP
8716 Spanish Ridge Avenue, Suite 105
Las Vegas, Nevada 89148
Telephone: (702) 331-7593
Facsimile: (702) 331-1652

Kevin S. Sinclair, NV Bar No. 12277
 *ksinclair@sinclairbraun.com*
SINCLAIR BRAUN LLP
16501 Ventura Blvd, Suite 400
Encino, California 91436
Telephone: (213) 429-6100
Facsimile: (213) 429-6101

Attorneys for Defendants
FIDELITY NATIONAL TITLE INSURANCE COMPANY and
LAND TITLE OF NEVADA, INC.

DESIGNATED LOCAL COUNSEL FOR SERVICE OF
PROCESS ON SINCLAIR BRAUN LLP PER L.R. IA 11-1(b)

Gary L. Compton, State Bar No. 1652
2950 E. Flamingo Road, Suite L
Las Vegas, Nevada 89121

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| PNC BANK, N.A.,<br><br>                   Plaintiff,<br><br>     vs.<br><br>FIDELITY NATIONAL TITLE GROUP, INC. et al.,<br><br>                   Defendants. | Case No.: 2:22-CV-00301-GMN-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT (ECF No. 1)**<br><br>**FIRST REQUEST** |

COMES NOW defendants Fidelity National Title Insurance Company ("Fidelity") and Land Title of Nevada, Inc. ("Land Title") (collectively "Defendants") and plaintiff PNC Bank, N.A. ("PNC"), by and through their respective attorneys of record, which hereby agree and stipulate as follows:

1
**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**

1. On February 17, 2022, PNC filed its complaint in the Eighth Judicial District Court for the State of Nevada;

2. On February 17, 2022, Fidelity removed the instant case to the United States District Court for the State of Nevada (ECF No. 1);

3. Fidelity and Land Title's respective responses to PNC's complaint are currently due on March 22, 2022;

4. Counsel for Defendants request a 30-day extension of Defendants' respective deadlines to respond to PNC's complaint, through and including Thursday, April 21, 2022 to afford Defendants' counsel additional time to review and respond to PNC's complaint.

5. Counsel for PNC does not oppose the requested extension;

6. This is the first request for an extension made by counsel for Defendants, which is made in good faith and not for the purposes of delay.

7. This stipulation is entered into without waiving any of Defendants' objections under Fed. R. Civ. P. 12.

//
//
//
//
//
//
//
//
//
//
//
//
//
//

**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**

**IT IS SO STIPULATED** that Defendants' respective deadlines to respond to the complaint are hereby extended through and including Thursday, April 21, 2022.

Dated: March 20, 2022             SINCLAIR BRAUN LLP

By: */s/-Kevin S. Sinclair*
KEVIN S. SINCLAIR
Attorneys for Defendants
FIDELITY NATIONAL TITLE INSURANCE
COMPANY and LAND TITLE OF
NEVADA, INC.

Dated: March 20, 2022             WRIGHT FINLAY & ZAK, LLP

By: */s/-Lindsay D. Dragon*
LINDSAY D. DRAGON
Attorneys for Plaintiff
PNC BANK, N.A.

**IT IS SO ORDERED.**

Dated  March 21, 2022.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE