Scott E. Gizer, Esq., Nevada Bar No. 12216
  *sgizer@earlysullivan.com*
Sophia S. Lau, Esq., Nevada Bar No. 13365
  *slau@earlysullivan.com*
EARLY SULLIVAN WRIGHT
  GIZER & McRAE LLP
8716 Spanish Ridge Avenue, Suite 105
Las Vegas, Nevada 89148
Telephone: (702) 331-7593
Facsimile: (702) 331-1652

Kevin S. Sinclair, Nevada Bar Number 12277
  *ksinclair@sinclairbraun.com*
SINCLAIR BRAUN LLP
16501 Ventura Boulevard, Suite 400
Encino, California 91436
Telephone: (213) 429-6100
Facsimile: (213) 429-6101

Attorneys for Defendant
FIDELITY NATIONAL TITLE INSURANCE COMPANY

DESIGNATED LOCAL COUNSEL FOR SERVICE OF
PROCESS ON SINCLAIR BRAUN LLP PER L.R. IA 11-1(b)

Gary L. Compton, State Bar No. 1652
2950 E. Flamingo Road, Suite L
Las Vegas, Nevada 89121

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| PNC BANK, N.A.,<br><br>                    Plaintiff,<br><br>vs.<br><br>FIDELITY NATIONAL TITLE GROUP, INC., et al.,<br><br>                    Defendants. | Case No.: 2:22-cv-00301-GMN-NJK<br><br>**STIPULATION AND PROPOSED ORDER EXTENDING DEFENDANT FIDELITY NATIONAL TITLE INSURANCE COMPANY'S TIME TO RESPOND TO MOTION FOR REMAND [ECF No. 14]**<br><br>**(First Request)** |

Defendant Fidelity National Title Insurance Company ("Fidelity") and Plaintiff PNC Bank, N.A. ("PNC Bank") (collectively, the "Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

1. On February 17, 2022, PNC Bank filed its Complaint in the Eighth Judicial District Court, Case No. A-22-848525-C [ECF No. 1-1];

2. On February 17, 2022, Fidelity filed a Petition for Removal to this Court [ECF No. 1];

3. On March 21, 2022, PNC Bank filed a Motion for Remand [ECF No. 14];

4. Fidelity's deadline to respond to PNC Bank's Motion for Remand is currently April 4, 2022;

5. Fidelity's counsel is requesting an extension until Monday, April 11, 2022, to file its response to the pending Motion for Remand;

6. Fidelity requests a brief extension of time to respond to the Motion for Remand to afford Fidelity additional time to respond to the legal arguments set forth in PNC Bank's motions;

7. PNC Bank does not oppose the requested extension;

8. This is the first request for an extension which is made in good faith and not for purposes of delay;

**IT IS SO STIPULATED** that Fidelity's deadline to respond to PNC Bank's Motion for Remand [ECF No. 14] is hereby extended through and including April 11, 2022.

Dated: April 4, 2022

EARLY SULLIVAN WRIGHT
  GIZER & McRAE LLP

By:  /s/-- Sophia S. Lau
   SCOTT E. GIZER
   SOPHIA S. LAU
   Attorneys for Defendant FIDELITY
   NATIONAL TITLE INSURANCE
   COMPANY



Dated: April 4, 2022              SINCLAIR BRAUN LLP

                                  By:  */s/-Kevin S. Sinclair*
                                      KEVIN S. SINCLAIR
                                      Attorneys for Defendant FIDELITY
                                      NATIONAL TITLE INSURANCE
                                      COMPANY

Dated: April 4, 2022              WRIGHT FINLAY & ZAK, LLP

                                  By:  */s/-Lindsay D. Dragon*
                                      LINDSAY D. DRAGON
                                      Attorneys for Plaintiff PNC BANK, N.A.

**IT IS SO ORDERED** *nunc pro tunc*.

Dated this  18  day of April, 2022.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT



# **CERTIFICATE OF SERVICE**

I hereby certify that on April 4, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filling to the Electronic Service List for this Case.

I declare under penalty of perjury under the laws of the United State of America that the foregoing is true and correct.


         */s/ Valerie Segura*
         VALERIE SEGURA
         An Employee of EARLY SULLIVAN
         WRIGHT GIZER & McRAE LLP