1
2
3
4
5
6
7
8
9
10
11
12
13
14
15

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| PNC BANK, N.A., | Case No.: 2:22-CV-00301-GMN-NJK |
| Plaintiff, | **ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT (ECF No. 1)** |
| vs. | |
| FIDELITY NATIONAL TITLE GROUP, INC. et al., | **SECOND REQUEST** |
| Defendants. | |

COMES NOW defendants Fidelity National Title Group, Inc. ("FNTG"), Fidelity National Title Insurance Company ("FNTIC") and defendant Land Title of Nevada, Inc. ("Land Title") (collectively, "Defendants"), on the one hand, and plaintiff PNC Bank, N.A. ("PNC"), on the other hand, by and through their respective attorneys, which agree and stipulate as follows:

1. On February 17, 2022, PNC filed its complaint in the Eighth Judicial District Court for the State of Nevada;

2. On February 17, 2022, FNTIC removed the instant case to the United States District Court for the State of Nevada (ECF No. 1);

3. On March 21, 2022, the Court granted the Parties' first deadline to extend Defendants' deadline to respond to the Complaint (ECF No. 13);

4. Defendants' current deadline to respond to the Complaint is April 21, 2022;

5. Counsel for Defendants request a 32-day extension of their deadline to respond to PNC's Complaint, through and including Monday, May 23, 2022, to afford FNTIC and Land Title additional time to review and respond to PNC's complaint and to afford the Parties additional time to finalize an agreement that will likely result in the dismissal of FNTG from this action;

6. Counsel for PNC does not oppose the requested extension;

7. This is the second request for an extension made by Defendants, which is made in good faith and not for the purposes of delay.

8. This stipulation is entered into without waiving any of Defendants' objections under Fed. R. Civ. P. 12.

//
//
//
//
//
//
//
//
//
//
//
//

1 **IT IS SO STIPULATED** that Defendants' deadline to respond to the complaint is hereby extended through and including Monday, May 23, 2022.

Dated: April 21, 2022                SINCLAIR BRAUN LLP

By: _/s/-Kevin S. Sinclair_
KEVIN S. SINCLAIR
Attorneys for Defendants
FIDELITY NATIONAL TITLE GROUP, INC. and LAND TITLE OF NEVADA, INC.

Dated: April 21, 2022                WRIGHT FINLAY & ZAK, LLP

By: _/s/-Lindsay D. Dragon_
LINDSAY D. DRAGON
Attorneys for Plaintiff
PNC BANK, N.A.

**IT IS SO ORDERED.**

Dated April 22, 2022.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE