WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Lindsay D. Dragon, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
dbrenner@wrightlegal.net
ldragon@wrightlegal.net
*Attorneys for Plaintiff, PNC Bank, N.A.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| PNC BANK, N.A., | Case No.: 2:22-cv-00301-GMN-NJK |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO STAY CASE** |
| FIDELITY NATIONAL TITLE GROUP, INC.; FIDELITY NATIONAL TITLE INSURANCE COMPANY; LAND TITLE OF NEVADA, INC.; DOE INDIVIDUALS I through X; and ROE CORPORATIONS XI through XX, inclusive, | |
| Defendants. | |

This is one of many disputes pending in this district that arises out of a title insurance policy following an HOA non-judicial foreclosure sale. A Motion to Remand is fully briefed and pending before this Court. *See* ECF No. 14. Given that this Court's jurisdiction is dependent on how it adjudicates the Motion for Remand—and in order to preserve party and judicial resources while the Court is considering the Motion for Remand—the Parties stipulate and agree as follows:

1. This case shall be **STAYED** pending the resolution of the Plaintiff's Motion for Remand [ECF No. 14].

/ / /

/ / /

/ / /

2. Defendants' deadline to respond to the Complaint is hereby **STAYED**.

3. The Court's Scheduling Order [ECF No. 18] is hereby **VACATED**.

4. If the Motion for Remand is denied, the Parties will meet and confer consistent with Rule 26(f) and submit a proposed discovery plan.

**IT IS SO STIPULATED.**

| | |
|---|---|
| DATED this 10th day of May, 2022. | DATED this 10th day of May, 2022. |
| WRIGHT, FINLAY & ZAK, LLP | EARLY SULLIVAN WRIGHT GIZER & McRAE LLP |
| */s/ Lindsay D. Dragon* <br> Lindsay D. Dragon, Esq. <br> Nevada Bar No. 13474 <br> 7785 W. Sahara Ave., Suite 200 <br> Las Vegas, NV 89117 <br> *Attorneys for Plaintiff, PNC Bank, N.A.* | */s/ Sophia S. Lau* <br> Sophia S. Lau, Esq., <br> Nevada Bar No. 13365 <br> 8716 Spanish Ridge Avenue, Suite 105 <br> Las Vegas, Nevada 89148 <br> *Attorneys for Defendants, Fidelity National Title Group, Fidelity National Title Insurance Company and Land Title of Nevada, Inc.* |

## ORDER

**IT IS SO ORDERED.**

Dated this  12  day of May, 2022.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT