Kevin S. Sinclair, NV Bar No. 12277
  ksinclair@sinclairbraun.com
SINCLAIR BRAUN LLP
16501 Ventura Blvd, Suite 400
Encino, California 91436
Telephone: (213) 429-6100
Facsimile: (213) 429-6101

Attorneys for Defendants
FIDELITY NATIONAL TITLE GROUP, INC., FIDELITY NATIONAL TITLE INSURANCE COMPANY, AND LAND TITLE OF NEVADA, INC.

DESIGNATED LOCAL COUNSEL FOR SERVICE
OF PROCESS ONLY PER L.R. IA 11-1(b)(ii)

Janet Trost, Esq., State Bar No. 4072
501 S. Rancho Drive
Suite H-56
Las Vegas, NV 89106

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| PNC BANK, N.A., <br><br> Plaintiff, <br><br> vs. <br><br> FIDELITY NATIONAL TITLE GROUP, INC. et al., <br><br> Defendants. | Case No.: 2:22-cv-00301-GMN-NJK <br><br> **NOTICE OF CHANGE OF DESIGNATION OF LOCAL COUNSEL FOR SERVICE OF PROCESS ONLY PER LOCAL RULE IA 11-1(b)** |

**PLEASE TAKE NOTICE** that as of the date appearing below, attorney Gary L. Compton, Esq. will no longer serve as designated local counsel for service of process for Sinclair Braun LLP pursuant to Local Rule IA 11-1(b), and no further papers, process or pleadings should be served on Mr. Compton.



Counsel of record Kevin Sinclair and Sinclair Braun LLP hereby designate Janet Trost, Esq. as designated local counsel for service of process only pursuant to Local Rule IA 11-1(b). All papers, process, or pleadings required to be served on Mr. Sinclair may be directed as follows:

>Janet Trost, Esq.
>501 S. Rancho Drive
>Suite H-56
>Las Vegas, NV 89106

Dated: November 16, 2022          SINCLAIR BRAUN LLP

By: /s/-Kevin S. Sinclair
KEVIN S. SINCLAIR
Attorneys for Defendants
FIDELITY NATIONAL TITLE GROUP, INC.,
FIDELITY NATIONAL TITLE INSURANCE COMPANY, AND LAND TITLE OF NEVADA, INC.

**ORDER**

**IT IS SO ORDERED.**

UNITED STATES MAGISTRATE JUDGE

Dated: November 17, 2022



**NOTICE OF CHANGE OF DESIGNATION OF LOCAL COUNSEL**